DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. GREEN

No. 59P91

Case below: 101 N.C.App. 317

Petition by defendant for writ of supersedeas and temporary stay denied 4 February 1991.

STATE v. GREGORY

No. 111P91

Case below: 101 N.C.App. 723

Petition by defendant for temporary stay allowed 7 March 1991 pending consideration and determination of the petition for discretionary review.

STATE v. McMILLIAN

No. 63P91

Case below: 101 N.C.App. 425

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.

STATE v. MOORE

No. 511A90

Case below: 100 N.C.App. 217

Petition by defendant for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 7 February 1991.

STATE v. NORRIS

No. 4P91

Case below: 101 N.C.App. 144

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 March 1991.